STATE of Maine

v.

George MORESHEAD.

Supreme Judicial Court of Maine.

Argued March 5, 1986.
Decided March 7, 1986.

Michael E. Povich, Dist. Atty., Carletta M. Bassano, Asst. Dist. Atty. (orally), Mafhias, for plaintiff.

Brown, Tibbetts, Churchill & LaCasse, Robert E. Tibbetts (orally), Calais, for defendant.

Before NICHOLS, ROBERTS, VIOLETTE, WATHEN, GLASSMAN and SCOLNIK, JJ.

MEMORANDUM OF DECISION

On appeal from his conviction for tampering with a witness, 17–A M.R.S.A. § 454 (1983), George Moreshead contends that the prosecutor's statement in closing argument that the defendant had lied on the witness stand constitutes obvious error. Because the record discloses that the prosecutor did not state his opinion as to the defendant's credibility in violation of M. Bar R. 3.7(e)(2)(v), but permissibly attacked his credibility by "analyzing the evidence

and highlighting ... discrepancies" in the testimony, we deny the appeal. *State v. Smith,* 456 A.2d 16, 17 (Me.1983).

The entry is:

Judgment affirmed.

All concurring.